# United States District Court
## CRIMINAL MINUTES - ARRAIGNMENT

Case No.     4:14cr1-MW                              Date:    January 15, 2014

**DOCKET ENTRY:** Arraignment on Indictment

    N/G Plea entered
    Trial set for March 10, 2014 at 8:15 a.m. before Judge Walker

**PRESENT: HONORABLE CHARLES A. STAMPELOS, UNITED STATES MAGISTRATE JUDGE**

| Angie Maxwell | Adina Sanchez | FTR TLH | Jason Beaton |
|---|---|---|---|
| Deputy Clerk | USPO | Tape No./Court Reporter | Asst. U.S. Attorney |

**U.S.A. vs.**    DONALD EUGENE CREEL
      X   present     X   custody  _____ release

    Randy Murrell                      X  Apptd.  _____ Retained   X   present
    Attorney for Defendant

**PROCEEDINGS:**

**X**   Defendant is ARRAIGNED and specifically advised of his/her rights.

**X**   Defendant waives reading of Indictment-Information

_____   Indictment-Information read

**X**   Defendant PLEADS     _____ Guilty Count(s) _____ .

                  **X**   Not Guilty Count(s):  As charged on Indictment                 .

**X**   Trial set for:   March 10, 2014 at 8:15 a.m.                                             .